UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID KHAN, ET AL.,**<br>　　　　Plaintiffs,<br>　　v.<br>**CITY OF PINOLE POLICE DEPARTMENT, ET AL.,**<br>　　　　Defendants. | Case No. 19-cv-06316-YGR<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND MOTION TO STAY PROCEEDINGS**<br><br>Re: Dkt. Nos. 7, 12 |

Before the Court are two motions filed by *pro se* plaintiffs: a Motion for Permission for Electronic Case Filing; (Dkt. No. 7) and a Motion to Stay Proceedings. (Dkt. No. 12.)

The Court has considered the Motion for Permission for Electronic Case Filing, and finding that good cause exists, that motion is **GRANTED**.

Upon review of the Motion to Stay Proceedings and for the good faith therein, the Court **GRANTS** plaintiffs' request to stay this matter until **December 3, 2019**. The Court further **VACATES** any prior orders regarding staying this matter.

The Court clarifies an earlier order referring plaintiffs to the Federal Pro Bono Project. The Federal Pro Bono Project is operated by the Legal Help Center, which is a free service with limitations. Parties **can make an appointment** to speak with an attorney who can provide basic legal information and assistance. The Help Center **does not** see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at

*https://cand.uscourts.gov/legal-help*.

The Court further **SETS** an initial Case Management Conference for **February 24, 2020**. Case Management Statements are due from the parties by **February 17, 2020**.

This Order terminates the motions at Docket Numbers 7 and 12.

**IT IS SO ORDERED.**

Dated: November 12, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge